The judgment of conviction is affirmed. Rule 30.25(b).

■

**Vance G. WILSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 47180.**

Missouri Court of Appeals, Western District.

June 29, 1993.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, P.J., and SPINDEN and SMART, JJ.

## ORDER

PER CURIAM.

Vance G. Wilson, movant in a postconviction proceeding, appeals the denial of his Rule 24.035 motion without an evidentiary hearing.

We dismiss the appeal for failure to comply with Rule 24.035(b) by timely filing the pro se motion in the trial court. *Partridge v. State*, 848 S.W.2d 550, 551 (Mo.App. 1993). An extended opinion would serve no jurisprudential purpose. We have furnished the parties with a memorandum.